UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CR498 HEA |
| | ) |
| NEIL EDWARD WASHBURN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing set in this matter for Thursday, February 24, 2011, is reset to Thursday, March 10, 2011, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 24th day of February, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE